```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

LEONARDO FAIRLEY,

                Petitioner,         06 Crim 89(LBS)
                                            08 Civ 3823

   vs                                                    ORDER

UNITED STATES OF AMERICA,

                Respondent,

------------------------------------------X

SAND, J.

    Petitioner's request for an extension of time to respond to Government's memorandum of law is hereby granted for 45 days.

Dated: New York, N.Y.
       August 4, 2008

                                                _____
                                                U. S. D. J.

COPIES MAILED TO ALL PARTIES
8-5-08